# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2018

## NO. 03-18-00340-CV

### DHJB Development, LLC, Appellant

### v.

### Patricia Lux Graham and Terrell Graham, Appellees

## APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
## REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the order signed by the trial court on February 5, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's dismissal order and remands the case to the trial court further proceedings. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.